**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 13, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6428**

In the Matter of                                      Case Number:

AT&T Capital Services, Inc., a Delaware corporation, and SBC Global Services, Inc., a Delaware corporation.

v.

WTL Financial, Inc., a California Corporation, and Christopher Warren, an individual.

**JUDGE FILIP**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AT&T Capital Services, Inc., a Delaware corporation, and SBC Global Services, Inc., a Delaware corporation.

**J. N.**

| | |
|---|---|
| NAME (Type or print) | |
| Andrew M. Spangler, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Andrew M. Spangler, Jr. | |
| FIRM | |
| Chico & Nunes, P.C. | |
| STREET ADDRESS | |
| 333 West Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6210136 | 312-463-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |