**FILED**
**NOVEMBER 13, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AT&T CAPITAL SERVICES, INC., : <br> a Delaware corporation, and : <br> SBC GLOBAL SERVICES, INC., : <br> a Delaware corporation : <br>     Plaintiffs, : <br> vs. : <br> : <br> WTL FINANCIAL, INC., : <br> a California corporation, : <br> CHRISTOPHER WARREN, : <br> an individual, : <br>     Defendants. : | **07 C 6428** <br><br> Case No. _____ **JUDGE FILIP** <br> Division: **MAGISTRATE JUDGE COX** <br><br> **J. N.** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs, AT&T Capital Services, Inc. and SBC Global Services, Inc. hereby submit the following Corporate Disclosure Statement:

1. AT&T Inc. directly owns AT&T Teleholdings, Inc., which in turn directly owns 100% of AT&T Capital Services, Inc. and 100% of SBC Global Services, Inc.

2. No publicly held corporations own 10% or more of AT&T Inc.'s stock.

3. There are no publicly held corporations that have a substantial financial interest in the outcome of this case by reason of insurance, a franchise agreement or indemnity agreement.

Dated this 13th day of November, 2007.

           /s/ Andrew M. Spangler, Jr.
Andrew M. Spangler, Jr.
Chico & Nunes, P.C.
333 W. Wacker Drive, Suite 1800
Chicago, IL  60606
312-463-1000
Email: aspangler@chiconunes.com

ATTORNEYS FOR PLAINTIFFS