| Attorney or Party without Attorney: <br> Andrew M. Spangler Jr., Esq <br> Chico & Nunes, P.C. <br> 333 West Wacker Drive, Suite 1800 <br> Chicago, IL 60606 <br> Telephone No: 312-463-1000    FAX No: 312-463-1001 || For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of Illinois ||| 
| Plaintiff: AT&T Capital Services, Inc., et al. |||
| Defendant: WTL Financial, Inc., et al. |||

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07C6428 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Verified Complaint; Civil Cover Sheet; Corporate Disclosure Statement; Attorney Appearance Form

3. a. Party served:        Christopher Warren, An Individual
   b. Person served:       Christopher Warren, Personally

4. Address where the party was served:    1113 Sandwick Way
                                          Folsom, CA  95630

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Dec. 01, 2007 (2) at: 11:22AM

7. *Person Who Served Papers:*
   a. Mike Singh

   Fee for Service:    $123.00
   I Declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.8990
FAX: 916.449.8991

12/4/07
(Date)                      (Signature)



SAVANNAH R. PAYNE
Commission # 1669123
Notary Public - California
Sacramento County
My Comm. Expires May 22, 2010

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires  5/22/2010
                          (Date)

                                    AFFIDAVIT OF SERVICE                    (Notary Public)

                                                                              anspa.81327