U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| AT&T CAPITAL SERVICES, INC., <br> a Delaware corporation, and <br> SBC GLOBAL SERVICES, INC., <br> a Delaware corporation <br>    Plaintiffs, <br> vs. <br><br> WTL FINANCIAL, INC., <br> a California corporation, <br> CHRISTOPHER WARREN, <br> an individual, <br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br><br><br> Case No. 1:07-cv-06428 <br> Honorable Mark Filip |

## NOTICE OF MOTION

TO:   All Counsel

On February 13, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Mark Filip or any judge sitting in his stead, in Room 1919 at the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**.

Respectfully submitted,

**AT&T CAPITAL SERVICES, INC. and
SBC GLOBAL SERVICES, INC.**

By:    /s/ Andrew M. Spangler, Jr.
   One of Their Attorneys

Andrew M. Spangler, Jr.
**CHICO & NUNES, P.C.**
333 West Wacker Drive, Suite 1800
Chicago, Illinois, 60606
Phone: (312) 463-1000
Fax: (312) 463-1001