## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

ATT Capital Services, Inc., et al.
                              Plaintiff,

v.                                                    Case No.: 1:07−cv−06428
                                                    Honorable Mark Filip

WTL Financial, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

    MINUTE entry before Judge Mark Filip :Motion hearing held on 2/13/2008 regarding Plaintifffs' motion for default judgment [14] and continued to 3/5/2008 at 09:30 AM. Plaintiffs are to give notice to defendants.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.