**U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
Eastern Division**

| | |
|---|---|
| AT&T CAPITAL SERVICES, INC., : <br> a Delaware corporation, and : <br> SBC GLOBAL SERVICES, INC., : <br> a Delaware corporation : <br>       Plaintiffs, : <br>    vs. : <br>             : <br> WTL FINANCIAL, INC., : <br> a California corporation, : <br> CHRISTOPHER WARREN, : <br> an individual, : <br>       Defendants. : | Case No. 1:07-cv-06428 <br> Honorable Mark Filip |

**RE-NOTICE OF MOTION**

TO:   Christopher Warren                              WTL Financial
        1113 Sandwick Way                       c/o Christopher Warren
        Folsom, CA 85630                         1113 Sandwick Way
                                                            Folsom, CA 85630

     PLEASE TAKE NOTICE that on March 5, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Mark Filip or any judge sitting in his stead, in Room 1919 at the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**.

                                                   Respectfully submitted,

                                                   **AT&T CAPITAL SERVICES, INC. and
                                                   SBC GLOBAL SERVICES, INC.**

                                                   By:    /s/ Andrew M. Spangler, Jr.
                                                               One of Their Attorneys

Andrew M. Spangler, Jr.
**CHICO & NUNES, P.C.**
333 West Wacker Drive, Suite 1800
Chicago, Illinois, 60606
Phone: (312) 463-1000
Fax: (312) 463-1001

## **CERTIFICATE OF SERVICE**

I, Andrew M. Spangler, Jr., an attorney, certify that I caused a true and correct copy of Plaintiff's Notice of Motion and Motion for Default Judgment to be served via First Class and Certified mail, Return-Receipt Requested on the parties listed below:

| | |
|---|---|
| Christopher Warren | WTL Financial |
| 1113 Sandwick Way | c/o Christopher Warren |
| Folsom, CA 85630 | 1113 Sandwick Way |
| | Folsom, CA 85630 |

by depositing them in the United States mail at 333 West Wacker Drive, Chicago, Illinois 60606, before the hour of 5:00 p.m. on February 14, 2008, postage prepaid.



/s/ Andrew M. Spangler, Jr.