**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

ATT Capital Services, Inc., et al.

                    Plaintiff,

v.                                       Case No.: 1:07–cv–06428

                                       Honorable Mark Filip

WTL Financial, Inc., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Mark Filip :Motion hearing held regarding plaintiffs' Motion for default judgment. [14]. Plaintiffs' motion for default judgment (Doc. No. 14) is granted. Motion terminated. Judgment is enteredd in favor of plaintiffs against defendant WTL Financial, Inc. in the total amount of $286,676.88, with interest continuing on the judgment at the rate of $117.63 per diem from 1/16/08 until paid in full. Judgment is entered in favor of plaintiffs and against defendant Christopher Warren in the total amount of $40, 788.32, with interest continuing on the judgment at the rate of $10.25 per diem from 1/16/08 until paid in full. This order is warranted for the reasons further stated in open court on 3/5/08, and is granted subject to the conditions stated on the record at that time. Civil Case Terminated. Enter Order.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.