# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| AT&T Capital Services, et al | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6428 |
| WTL Financial, Inc., et al | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor the plaintiffs and against the defendant WTL Financial, Inc., in the total amount of $289,676.88, with interest continuing on the judgment at the rate of $117.63 per diem from 1/16/08 until paid in full. Judgment is entered in favor of the plaintiffs and against defendant Christopher Warren in the total amount of $40,788.32, with interest continuing on the judgment at the rate of $10.25 per diem from 1/16/08 until paid in full.

Michael W. Dobbins, Clerk of Court

Date: 3/5/2008                                         _____
                                                            /s/ Gladys Lugo, Deputy Clerk