U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| AT&T CAPITAL SERVICES, INC., a Delaware corporation, and SBC GLOBAL SERVICES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> WTL FINANCIAL, INC., a California corporation, CHRISTOPHER WARREN, an individual, <br><br> Defendants. | Case No. 1:07-cv-06428 <br> Honorable Mark Filip |

## SUPPLEMENTAL PROOF OF SERVICE

I, Andrew M. Spangler, Jr., an attorney, certify that I caused a true and correct copy of Plaintiff's Notice of Motion and Motion for Default Judgment to be served via First Class and Certified mail, Return-Receipt Requested on the parties listed below:

Christopher Warren
1113 Sandwick Way
Folsom, CA 85630

WTL Financial
c/o Christopher Warren
1113 Sandwick Way
Folsom, CA 85630

by depositing them in the United States mail at 333 West Wacker Drive, Chicago, Illinois 60606, before the hour of 5:00 p.m. on February 14, 2008, postage prepaid.

Attached to this Supplemental Proof of Service are copies of the United States Postal Services Form 3800, Certified Mail Receipt representing the mailing of the certified letters and USPS Track & Confirm results from the United States Postal Service website confirming the attempt to deliver the certified letters.

Respectfully submitted,

**AT&T CAPITAL SERVICES, INC. and
SBC GLOBAL SERVICES, INC.**

By: /s/ Andrew M. Spangler, Jr.
One of Their Attorneys

Andrew M. Spangler, Jr.
**CHICO & NUNES, P.C.**
333 West Wacker Drive, Suite 1800
Chicago, Illinois, 60606
Phone: (312) 463-1000
Fax: (312) 463-1001

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7006 2760 0000 8472 1434

Sent To: Christopher Warren
Street, Apt. No.; or PO Box No.: 1113 Sandwick Way
City, State, ZIP+4: Folsom, CA 95630

PS Form 3800, August 2006         See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7006 2760 0000 8472 1427

Sent To: WTL Financial c/o Christopher Warren
Street, Apt. No.; or PO Box No.: 1113 Sandwick Way
City, State, ZIP+4: Folsom, CA 95630

PS Form 3800, August 2006         See Reverse for Instructions



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0000 8472 1343**
Status: **Notice Left**

We attempted to deliver your item at 1:01 PM on February 19, 2008 in FOLSOM, CA 95630 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0000 8472 1329**
Status: **Notice Left**

We attempted to deliver your item at 12:11 PM on February 16, 2008 in FOLSOM, CA 95630 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. Go >